| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jessica Vogel<br>SulmeyerKupetz<br>333 S Hope St 35th Flr<br>Los Angeles, CA 90071<br><br>213-626-2311<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>Lonnie Todd Moore<br><br><br>Debtor(s). | CASE NO.: 2:16-bk-12889-SK<br><br>CHAPTER: 7<br><br><br><br>ADVERSARY NUMBER: 2:16-ap-01335-SK |
|---|---|
| Elissa D. Miller, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br><br>Lonnie Todd Moore<br><br>(See Attachment A for names of additional defendants)<br>Defendant(s) | **ANOTHER**<br>**SUMMONS AND NOTICE OF STATUS**<br>**CONFERENCE IN ADVERSARY**<br>**PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **Per FRBP 7015**, If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    Date:          June 28, 2017
    Time:         09:00 AM
    Hearing Judge:  Sandra R. Klein
    Location:      255 E Temple St., Crtrm 1575, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                       Page 1                          **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                      **KATHLEEN J. CAMPBELL**
                                      **CLERK OF COURT**

Date of Issuance of Alias Summons and Notice of Status Conference in Adversary Proceeding: May 16, 2017

                                      By:     "s/" Earnestine Walter
                                                     Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                         Page 2                       **F 7004-1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Elissa D. Miller, Chapter 7 Trustee | Lonnie Todd Moore<br>Cook Islands Trust Limited<br>Antony Will<br>Dana Moore<br>Service Industry Consultants, LLC |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
Date                Printed Name              Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                       **F 7004-1.SUMMONS.ADV.PROC**

## PROCEDURES REGARDING TELEPHONIC APPEARANCES
## BEFORE THE HONORABLE SANDRA R. KLEIN

Telephonic appearances will be allowed in matters before Judge Sandra R. Klein in Courtroom 1575, except as follows:

1. Adversary proceeding initial status conferences and pretrial conferences (all counsel and all self-represented parties must appear in person).
2. Trials and evidentiary hearings (all counsel, all self-represented parties, and all witnesses must appear in person).
3. Chapter 11 status conferences (debtor's counsel or self-represented debtors must appear in person at every status conference; other parties in interest may appear telephonically).
4. Chapter 11 disclosure statement hearings and chapter 11 confirmation hearings (all counsel and all self-represented parties must appear in person).
5. Chapter 13 hearings (all counsel and all self-represented parties must appear in person).
6. Reaffirmation hearings (debtor and debtor's counsel (if applicable) must appear in person; other parties in interest may appear telephonically).
7. Any other matters for which the Court indicates that a personal appearance is required in a tentative ruling.

**All self-represented parties and all counsel must adhere to the following procedures and rules to appear telephonically:**

### 1. Standard Procedure

Telephonic appearances may be arranged by calling Court Call, (888-882-6878) an independent conference call company, by 2:00 p.m. the day before the hearing.

### 2. Emergency Procedure

If an unexpected emergency arises that prevents a self-represented party or counsel from following the "Standard Procedure," the self-represented party or counsel must contact chambers at (213) 894-7741 to request permission to arrange a telephonic appearance.

### 3. Rules during Telephonic Appearances; Waiver of Appearance

The following rules apply for a telephonic appearance:

    a. Parties appearing telephonically must use a landline with a handset or a headset.
    b. Parties appearing telephonically may not:
        i. Use a cellular phone.
        ii. Use a speakerphone.
        iii. Participate from any location with significant ambient noise.

**Any self-represented party or any counsel choosing to appear telephonically do so at their own risk. Hearings will not be rescheduled due to missed connections. The Court will not consider any excuses regarding why a connection was not made or why someone is not available when a particular matter is called. If the Court calls a matter**

and if a self-represented party or counsel does not respond, the self-represented party or counsel will be deemed to have consented to the granting or denial of the motion, whatever the case may be. The Court will not entertain any requests for "second call" for anyone appearing telephonically. Further, when a self-represented party or counsel appear telephonically, they agree to waive any prejudice attributable to resulting quality deficiencies or irregularities of the record.

*Updated 1/18/17*