| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jessica Vogel<br>SulmeyerKupetz<br>333 S Hope St 35th Flr<br>Los Angeles, CA 90071<br><br>213-626-2311<br><br><br><br><br><br>_Plaintiff or Attorney for Plaintiff_ | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>Lonnie Todd Moore<br><br><br>Debtor(s). | CASE NO.: 2:16-bk-12889-SK<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:16-ap-01335-SK |
|---|---|
| Elissa D. Miller, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br><br>Lonnie Todd Moore<br><br>(See Attachment A for names of additional defendants)<br>Defendant(s) | **ANOTHER**<br>**SUMMONS AND NOTICE OF STATUS**<br>**CONFERENCE IN ADVERSARY**<br>**PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is Per FRBP 7015. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    Date:               June 28, 2017
    Time:             09:00 AM
    Hearing Judge:  Sandra R. Klein
    Location:        255 E Temple St., Crtrm 1575, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference. All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary. (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Alias Summons and Notice of Status Conference in Adversary Proceeding: May 16, 2017

By: "s/" Earnestine Walter
Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                Page 2                F 7004-1.SUMMONS.ADV.PROC

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Elissa D. Miller, Chapter 7 Trustee | Lonnie Todd Moore<br>Cook Islands Trust Limited<br>Antony Will<br>Dana Moore<br>Service Industry Consultants, LLC |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 S. Hope Street, 35th Fl., Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

FIRST AMENDED COMPLAINT [Dkt. #51]; NOTICE THAT COMPLIANCE WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY

PROCEDURE AND LOCAL BANKRUPTCY RULE 7026-1 IS REQUIRED;  PROCEDURES REGARDING TELEPHONIC  APPEARANCES

BEFORE THE HONORABLE SANDRA R. KLEIN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 17, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Khachik Akhkashian on behalf of Debtor Lonnie Todd Moore - akhkashianlaw@yahoo.com, www.ebrahimian@dbalaw.com
- Evan Effres on behalf of Interested Party Courtesy NEF - eme@kempinskylaw.com
- Asa S Hami on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee - ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com; ahami@ecf.inforuptcy.com
- Louis E Kempinsky on behalf of Interested Party Courtesy NEF - lek@kempinskylaw.com
- Monserrat Morales on behalf of Interested Party Courtesy NEF  - mmorales@marguliesfaithlaw.com, Helen@marguliesfaithlaw.com; Victoria@marguliesfaithlaw.com; Brian@marguliesfaithlaw.com
- Michael N Sofris on behalf of Defendants Cook Islands Trust Limited/Antony Will - michaelsofris@gmail.com, filmlawyer@aol.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
- Jessica Vogel on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee - Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) May 17, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 17, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sandra R. Klein
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA  90012 - at Bin outside of Suite 1582

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 17, 2017 | Andrea Gonzalez | /s/ Andrea Gonzalez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016

F 7004-1.SUMMONS.ADV.PROC

**SERVICE LIST**

**DEFENDANTS**

Dana Moore
100 South Doheny Drive #Ph 7
Los Angeles CA 90069

Dana Moore
639 W. Grace St., Apt. 450
Chicago, IL  60613

Dana Moore
1720 S. Michigan Ave., Apt. 1710
Chicago, IL  60616

Dana Moore
Ernst & Young
155 North Wacker Drive
Chicago, IL  60606

Service Industry Consultants, LLC
100 South Doheny Drive #Ph 7
Los Angeles CA 90069

Lonnie Todd Moore
8560 Hollywood Blvd.
West Hollywood, CA  90069

Cook Island Trust Limited
First Floor BCI House
P.O. Box 141
Rarotonga, Cook Islands

Antony Will
First Floor BCI House
P.O. Box 141
Rarotonga, Cook Islands

**Agent for Service of Process for
Service Industry Consultants, LLC**
Dana Moore
100 South Doheny Drive #Ph 7
Los Angeles CA 90069

**Attorneys for Lonnie Moore**
Khachik Akhkashian, Esq.
Law Offices of Khachik Akhkashian
2418 Honolulu Avenue, Suite G
Montrose, CA  91020

**Attorneys for Cook Island Trust Limited
and Antony Will**
Michael Sofris, Esq.
Action Legal Team
468 North Camden Drive, Suite 200
Beverly Hills, CA  90210-4507

Office of the U.S. Trustee
Dare Law, Esq.
915 Wilshire Blvd., Suite 1850
Los Angeles, CA  90017